**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks     Date: March 23, 2007
Court Reporter: Leslie Lynne     Time: 33 minutes
Probation Officer: Tom Destito     Interpreter:

**CASE NO.  06-CR-00133-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **MICHAEL CHARLES BATIE,** | Edward Pluss |
| Defendants. | |

**SENTENCING**

**11:05 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
06-CR-00133-WDM
March 23, 2007

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Comments by Mr. Conner in support of Government's Motion for Downward Departure (Doc #74), filed 3/21/07.

Comments by Mr. Pluss.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure (Doc #74), filed 3/21/07. Is **GRANTED.**

Defendant entered his plea on **December 19, 2006** to count **1 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**           31
**CRIMINAL HISTORY CATEGORY:**     VI

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 188 to 235 months | 216 months |
| **Supervised Release** | 3 to 5 years | 5 years |
| **Probation** | Not eligible | Not recommended |
| **Fine** | $15,000 to $150,000 | Not recommended |
| **Special Assessment** | $100 | $100 |
| **Restitution** | | |

It is recommended that the Court order that assets held by the Government be disbursed to the Bank of the West for payment of the restitution.

Page Three
06-CR-00133-WDM
March 23, 2007

### Community Service
Community service is not recommended in this case.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **100** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement

of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

Page Four

06-CR-00133-WDM

March 23, 2007

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows: Assets currently held by the Government shall be disbursed to the victim for payment of restitution.

        **$6,965.00**    to    **Bank of the West**
                                     **Attn: Pamela Ferguson, Senior Investigator**
                                       **400 Center Drive**
                                       **Superior, CO 80027**

**ORDERED:** Restitution is ordered jointly and severally with co-defendant Paul Nathaniel Batie.

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Count 2 of the Indictment is **GRANTED.**

**ORDERED:** Defendant's Motion to Seal (**Doc #70**), filed 3/21/07 is **GRANTED.**

**ORDERED:** Defendant's Motion to Seal (**Doc #71**), filed 3/21/07 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:38 a.m.   COURT IN RECESS**

**Total in court time:        33 minutes**

**Hearing concluded**